# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY MARONEY, individually and on behalf of all others similarly situated,<br><br>                     Plaintiff,<br><br>  v.<br><br>BPI SPORTS LLC,<br><br>                     Defendants. | Civil Action No.: 19-cv-06107-CS |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Gregory Maroney hereby dismisses without prejudice all claims against Defendant BPI Sports LLC.

Dated:  New York, New York
          August 7, 2019

                                 /s/ Philip L. Fraietta
                                    Philip L. Fraietta

**BURSOR & FISHER, P.A.**

Joseph I. Marchese
Philip L. Fraietta
Andrew J. Obergfell
888 Seventh Avenue
New York, NY  10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email:  jmarchese@bursor.com
         pfraietta@bursor.com
         aobergfell@bursor.com

*Attorneys for Plaintiff*